# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

EDWARD PRINTUP,                        : No. 126 MM 2016
                                       :
              Petitioner   :
                                       :
                                       :
            v.           :
                                       :
                                       :
COMMONWEALTH OF PENNSYLVANIA           :
DAUPHIN COUNTY DISTRICT                :
ATTORNEY AND SECRETARY OF THE          :
PENNSYLVANIA DEPARTMENT OF             :
CORRECTIONS,                           :
                                       :
             Respondents  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of October, 2016, the Application for Leave to File Original Process is **GRANTED**, and the "Petition for Writ of Habeas Corpus [King' Bench]" is **DENIED**.